IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| KENNETH BRENT BARTON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 6:01CV157(TJW) |
| | § | |
| BILL YOUNG, Former City of Tyler Police Chief; KEN FINDLEY, Former Assistant City of Tyler Police Chief; GREGG GRIGG, Captain, City of Tyler Police Officer; CLAYTON PERRETT, Detective, City of Tyler Police Officer, JOHN BROWN, Sergeant, City of Police Officer, and THE CITY OF TYLER | § | |

## MEDIATOR'S REPORT

A mediation conference was held on May 16, 2002. The case has settled. All parties and counsel participated.

Signed this 30th day of May, 2002.

JAMES W. KNOWLES, MEDIATOR