FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUL - 2 2002

DAVID J. MALAND, CLERK
BY
DEPUTY _____

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| KENNETH BRENT BARTON §<br>Plaintiff §<br>§<br>vs. §<br>§<br>BILL YOUNG, former City of Tyler §<br>Police Chief; KEN FINDLEY, former §<br>Assistant City of Tyler Police Chief; §<br>GREG GRIGG, Captain, City of Tyler §<br>Police Officer; CLAYTON PERRETT, §<br>Detective, City of Tyler Police Officer; §<br>JOHN BROWN, Sergeant, City of Tyler §<br>Police Officer; and CITY OF TYLER §<br>Defendants § | CIVIL ACTION NO. 6:01cv157<br><br>JUDGE WARD |

## AGREED MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, KENNETH BRENT BARTON, Plaintiff, and BILL YOUNG, KEN FINDLEY, GREG GRIGG, CLAYTON PERRETT, JOHN BROWN, and CITY OF TYLER, Defendants, and file their Agreed Motion to Dismiss and move this Court for an Order dismissing this case against BILL YOUNG, KEN FINDLEY, GREG GRIGG, CLAYTON PERRETT, JOHN BROWN, and CITY OF TYLER, for the reason that all matters of fact and things in controversy have been fully and finally compromised and settled between the parties.

WHEREFORE, PREMISES CONSIDERED, KENNETH BRENT BARTON and BILL YOUNG, KEN FINDLEY, GREG GRIGG, CLAYTON PERRETT, JOHN BROWN, and CITY OF TYLER request the Court to enter an order dismissing this cause with prejudice to the rights of Plaintiff, KENNETH BRENT BARTON, to refile same or any part thereof, and that all costs of Court be taxed against the party incurring same.

P59\3039\15\219412

Plaintiff and Defendants further request this Motion to Dismiss with prejudice be granted without a hearing.

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff has conferred with counsel for Defendants regarding the merits of the above and foregoing motion and has reached an agreement. This motion is not opposed by any party to this action.

Respectfully submitted,

NEGEM & BICKHAM
440 South Vine
Tyler, Texas, 75710
(903) 595-4466
(903) 593-3266 (FAX)

By: _____
        Jimmy M. Negem
        State Bar No. 14865500
ATTORNEY FOR PLAINTIFF


POTTER MINTON
A Professional Corporation
P.O. Box 359
Tyler, Texas 75710
(903) 597-8311
(903) 593-0846 (FAX)

By: _____
        Brad E. Seidel
        State Bar No. 24008008
ATTORNEYS FOR DEFENDANT
CITY OF TYLER

COOPER & SCULLY
900 Jackson Street, Suite 100
Dallas, TX 75202-4426
(214) 712-9500
(214) 712-9540 (FAX)

By: _Kevin Oliver /ss_

    Kevin E. Oliver
    State Bar No. 15260650
ATTORNEYS FOR DEFENDANT
BILL YOUNG


STRASBURGER & PRICE, LLP
901 Main Street, Suite 4300
Dallas, TX 75202
(214) 651-4300
(214) 651-4330 (FAX)

By: _Randy Montgomery /ss_

    D. Randall Montgomery
    State Bar No. 14289700
ATTORNEYS FOR DEFENDANTS
KEN FINDLEY, GREG GRIGG,
CLAYTON PERRETT, AND JOHN
BROWN

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on the following on this the _____ day of June, 2002.

_____
Jimmy M. Negem

Mr. Brad E. Seidel                                     U.S. first-class mail
POTTER MINTON
P. O. Box 359
Tyler, TX  75710
ATTORNEYS FOR DEFENDANT CITY OF TYLER

Mr. Kevin Edward Oliver                          U.S. first-class mail
COOPER & SCULLY
900 Jackson Street, Suite 100
Dallas, TX  75202-4426
ATTORNEYS DEFENDANT FOR BILL YOUNG

Mr. D. Randall Montgomery                       U.S. first-class mail
Mr. Steven Thomas Ramos
STRASBURGER & PRICE, LLP
901 Main Street, Suite 4300
Dallas, TX  75202
ATTORNEYS FOR DEFENDANTS KEN FINDLEY, GREG GRIGG, CLAYTON
PERRETT, AND JOHN BROWN