IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| KENNETH BRENT BARTON | § | |
| Plaintiff | § | |
| vs. | § | |
| | § | |
| BILL YOUNG, former City of Tyler | § | |
| Police Chief; KEN FINDLEY, former | § | CIVIL ACTION NO. 6:01cv157 |
| Assistant City of Tyler Police Chief; | § | |
| GREG GRIGG, Captain, City of Tyler | § | JUDGE WARD |
| Police Officer; CLAYTON PERRETT, | § | |
| Detective, City of Tyler Police Officer; | § | |
| JOHN BROWN, Sergeant, City of Tyler | § | |
| Police Officer; and CITY OF TYLER | § | |
| Defendants | § | |

## ORDER OF DISMISSAL

On this date the Court considered the Agreed Motion to Dismiss filed by KENNETH BRENT BARTON, Plaintiff, and, BILL YOUNG, KEN FINDLEY, GREG GRIGG, CLAYTON PERRETT, JOHN BROWN, and CITY OF TYLER, Defendants. It was announced to the Court by the Motion that all matters in controversy herein between Plaintiff and these Defendants had been settled and compromised and it was moved by said parties that an Order of Dismissal should be entered.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED by the Court that Plaintiff, KENNETH BRENT BARTON, recover nothing by reason of his suit of and from Defendants, BILL YOUNG, KEN FINDLEY, GREG GRIGG, CLAYTON PERRETT, JOHN BROWN, and CITY OF TYLER, and that all claims held by Plaintiff, KENNETH BRENT BARTON, against Defendants, BILL YOUNG, KEN FINDLEY, GREG GRIGG, CLAYTON PERRETT, JOHN BROWN, and CITY OF TYLER, are hereby DISMISSED with prejudice to the refiling of same.

P59\3039\15\219412

All costs of Court are assessed against the party incurring same.

Signed this 9th day of July, 2002.

_____
JUDGE PRESIDING